```
                              FILED
                         2006 SEP 12  AM 8:35
                         CLERK US DISTRICT COURT
                       SOUTHERN DISTRICT OF CALIFORNIA

                              BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 03cr2744-003-BTM |
| Plaintiff, | |
| vs. | ORDER RE: CJA VOUCHER |
| AQUILINO BONILLA-TORRES (03), | |
| Defendant. | |

This matter came before the court on the application of Kathryn Thickstun Leff, Esq. for approval of her CJA voucher in the amount of $37,665.00 in fees, plus expenses in the amount of $602.91, for representing a defendant in the above-captioned case. 18 U.S.C. § 3006A(d)(2) provides that the maximum fee for representation of a defendant is $7,000.00 unless the court finds that the representation was extended or complex.

After reviewing the record and Ms. Leff's letter dated July 25, 2006, the court finds that the representation was in an extended or complex case and that the amount requested is necessary to provide fair compensation. See 18 U.S.C. § 3006(A)(d)(3). Therefore the district court approves the voucher in the amount of $37,665.00 in fees, plus $602.91 in expenses, for a total of $38,267.91.

Approval of such payment by the Chief Judge of the Ninth Circuit, or one of her delegates, is also necessary.

**IT IS SO ORDERED**.

Dated: 9-1-06

HONORABLE BARRY TED MOSKOWITZ
United States District Judge

03cr2744